| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | **Order Filed on August 6, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Timothy W. Smith and Julianne K. Smith | Case No.:    19-23310<br><br>Chapter:    13<br><br>Adv. No.:    N/A<br><br>Hearing Date:  8/6/2019 @ 10:00 a.m.<br><br>Judge:    Jerrold N. Poslusny |

**ORDER ALLOWING FIRST MEETING OF CREDITORS FOR DEBTOR HUSBAND
TO BE CONDUCTED VIA TELEPHONE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 6, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
**Debtors:**   Timothy W. Smith and Julianne K. Smith
**Case No.:**   19-23310/JNP
**Caption of Order:**   Order Allowing Telephonic First Meeting of Creditors for Debtor Husband

Upon the Application of Timothy W. Smith and Julianne K. Smith, Debtors, and for good cause shown, it is hereby:

**ORDERED** that the First Meeting of Creditors for Timothy W. Smith may be conducted telephonically.