| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | Order Filed on August 6, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Timothy W. Smith and Julianne K. Smith | Case No.: 19-23310<br><br>Chapter: 13<br><br>Adv. No.: N/A<br><br>Hearing Date: 8/6/2019 @ 10:00 a.m.<br><br>Judge: Jerrold N. Poslusny |

## ORDER ALLOWING FIRST MEETING OF CREDITORS FOR DEBTOR HUSBAND TO BE CONDUCTED VIA TELEPHONE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 6, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
**Debtors:**  Timothy W. Smith and Julianne K. Smith
**Case No.:**  19-23310/JNP
**Caption of Order:**  Order Allowing Telephonic First Meeting of Creditors for Debtor Husband

Upon the Application of Timothy W. Smith and Julianne K. Smith, Debtors, and for good cause shown, it is hereby:

**ORDERED** that the First Meeting of Creditors for Timothy W. Smith may be conducted telephonically.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-23310-JNP
Timothy W Smith                                                 Chapter 13
Julianne K Smith
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin         Page 1 of 1      Date Rcvd: Aug 06, 2019
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.
db/jdb         +Timothy W Smith,   Julianne K Smith,   31 Hildreth Avenue,   Bridgeton, NJ 08302-3552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Kevin Gordon McDonald   on behalf of Creditor   MidFirst Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Moshe  Rothenberg   on behalf of Joint Debtor Julianne K Smith moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com
      Moshe  Rothenberg   on behalf of Debtor Timothy W Smith moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 5