Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-23310 (JNP)**

Timothy W. Smith and Julianne K. Smith  
31 Hildreth Avenue  
Bridgeton, NJ  08302

Monthly Payment: $406.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/29/2021 | $406.00 | 02/25/2021 | $406.00 | 03/29/2021 | $406.00 | 05/03/2021 | $406.00 |
| 06/01/2021 | $406.00 | 06/28/2021 | $406.00 | 08/03/2021 | $406.00 | 09/02/2021 | $406.00 |
| 10/04/2021 | $406.00 | 11/01/2021 | $406.00 | 11/29/2021 | $406.00 | 12/29/2021 | $406.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TIMOTHY W. SMITH | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $4,310.00 | $4,310.00 | $0.00 | $2,920.36 |
| 1 | BANK OF AMERICA, N.A. | 33 | $6,383.21 | $542.71 | $5,840.50 | $0.00 |
| 2 | CITIBANK, N.A. | 33 | $5,813.84 | $494.30 | $5,319.54 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $3,300.09 | $280.58 | $3,019.51 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $1,014.44 | $86.24 | $928.20 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $2,168.86 | $184.40 | $1,984.46 | $0.00 |
| 6 | GETTINGTON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MIDFIRST BANK | 24 | $1,625.46 | $1,625.46 | $0.00 | $1,566.74 |
| 8 | OCEANFIRST BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ONEMAIN FINANCIAL GROUP, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK, N.A. | 33 | $2,917.49 | $248.05 | $2,669.44 | $0.00 |
| 11 | SEVENTH AVENUE | 33 | $2,337.65 | $198.75 | $2,138.90 | $0.00 |
| 12 | STONEBERRY | 33 | $598.42 | $50.88 | $547.54 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $649.69 | $55.23 | $594.46 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $2,021.08 | $171.83 | $1,849.25 | $0.00 |
| 15 | THE SWISS COLONY | 33 | $718.59 | $61.10 | $657.49 | $0.00 |
| 16 | CITIBANK, N.A. | 33 | $3,751.23 | $318.93 | $3,432.30 | $0.00 |
| 17 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | JULIANNE K. SMITH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $7,581.80 | $644.62 | $6,937.18 | $0.00 |
| 22 | U.S. BANK, N.A. | 33 | $1,363.34 | $115.91 | $1,247.43 | $0.00 |
| 23 | VERIZON BY AMERICAN INFOSOURCE | 33 | $161.14 | $13.70 | $147.44 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,575.32 | $303.97 | $3,271.35 | $0.00 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,453.44 | $378.63 | $4,074.81 | $0.00 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,990.83 | $254.29 | $2,736.54 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | SUNNOVA ENERGY CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 2.00 | $350.00 |
| 10/01/2019 | 49.00 | $406.00 |
| 11/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,872.00 |
| Total paid to creditors this period: | $4,487.10 |
| Undistributed Funds on Hand: | $743.83 |
| Arrearages: | ($406.00) |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**