Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–23310–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Timothy W Smith | Julianne K Smith |
| 31 Hildreth Avenue | 31 Hildreth Avenue |
| Bridgeton, NJ 08302 | Bridgeton, NJ 08302 |

Social Security No.:
xxx–xx–5564                                             xxx–xx–6227

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 19, 2024</u>                    <u>Jerrold N. Poslusny Jr.</u>
                                                                    Judge, United States Bankruptcy Court